TAXIARCHIS HATZIDIMITRAIDIS
thatz@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHANIQUE C. WEBB and DEVANTE A. CROWELL,<br><br>       Plaintiffs,<br><br>    v.<br><br>RUDOLPH INCORPORATED.,<br><br>       Defendant. | Case No. 2:19-cv-01412-KJM-KJN<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE DESHANIQUE C. WEBB and DEVANTE A. CROWELL ("Plaintiffs"), hereby notifies the Court that the Plaintiffs and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time. Respectfully submitted this 23rd day of August 2019.

        s/ Taxiarchis Hatzidimitriadis
Admitted Pro Hac Vice
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
thatz@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

        s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis

2